UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 15-3730

_____

Filed: April 25, 2016

CARLOS A. ROSADO

    Petitioner - Appellant

v.

RALPH HANSON, Warden, Warden

    Respondent - Appellee

4:14cv2525
JRA

MANDATE

Pursuant to the court's disposition that was filed 03/01/2016 the mandate for this case hereby issues today.   Affirmed

COSTS:  None